## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CHARLES D. LEBLANC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 05-cv-0229-MJR** |
| | ) | |
| **GETGO TRANSPORTATION** | ) | **Civil No. 05-cv-0236-DRH** |
| **COMPANY, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MEMORANDUM and ORDER</u>

**REAGAN, District Judge:**

Before the Court is Defendant's Motion to Consolidate (Doc. 10), filed May 16, 2005. Defendant moves the Court to consolidate the instant action with *2951291 Canada, Inc. doing business as Transport Raymond Hudon v. Getgo Transportation Company, L.L.C.,* No. 05-cv-236-DRH.

In support of said Motion, Defendant states that plaintiff Transport Raymond Hudon has filed suit against the same Defendant involved in this case. Defendant states that both Complaints arise out of an accident involving Defendant's tractor-trailer and Plaintiff Transport Raymond Hudon's tractor-trailer on Interstate 70, Pleasant Mound Township, Bond County, Illinois, on April 7, 2003. Defendant asserts that both causes of action involve identical parties, including the same Defendant. Defendant states that the discovery conducted in both cases will be similar, if not identical, and involve the same evidence and experts. The Court notes that in neither case has plaintiff filed opposition to the Motion.

**Rule 42(a)** of the **Federal Rules of Civil Procedure** provides, "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."  The Court finds that consolidation would "avoid unnecessary costs or delay" and would be the most efficient way in which to proceed[1].  Accordingly, the Court being fully advised in the premises,

IT IS THE ORDER of this COURT that Defendant's Motion to Consolidate (Doc. 10) be **GRANTED**, such that this action, civil cause number 05-229-MJR is hereby CONSOLIDATED with the later filed action, *2951291 Canada, Inc. doing business as Transport Raymond Hudon v. Getgo Transportation Company, L.L.C.,* civil cause number 05-cv-236-DRH.  All further pleadings in this action shall bear the civil cause number 05-229-MJR and shall be filed in that action.

**IT IS SO ORDERED.**

**Dated this 6th day of June, 2005.**


**s/Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**

---

[1]The Honorable David R. Herndon, to whom civil case number 05-cv-236-DRH originally was assigned, concurs in this finding.